IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| AMIT HUSSAINBHAI SOMANI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H:26-CV-0682 |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF HOMELAND SECURITY; KRISTI | § | |
| NOEM, SECRETARY OF DEPARTMENT | § | |
| OF HOMELAND SECURITY; PAMELA | § | |
| BONDI, ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| Defendants. | § | |

<u>ORDER</u>

The Scheduling Conference set in this case on May 29, 2026, at 2:30 p.m. will be conducted by telephone conference. Following are dial-in instructions:

- At the time of your scheduled conference, please dial 1-669-254-5252,

- Enter Meeting ID:  160 7229 1840, and press "#",

- No Participant ID, press "#",

- Enter Passcode: 11521, and press "#",

- You will now be on the call--place yourself on mute if you are not speaking (*6 to mute/unmute).

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 20th day of May, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE