United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIT HUSSAINBHAI SOMANI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H:26-682 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY; KRISTI | § | |
| NOEM, SECRETARY OF DEPARTMENT | § | |
| OF HOMELAND SECURITY; PAMELA | § | |
| BONDI, ATTOREY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| Defendants. | § | Jury: _____  Non-Jury: __X____ |

DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. NEW PARTIES shall be joined by:                                    N/A_____
   The attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be identified
   by a report listing the qualifications of each expert, each opinion       _N/A_____
   the expert will present, and the basis for it.  Due date:

3. EXPERT WITNESSES for the DEFENDANTS will be identified
   by a report listing the qualifications of each expert, each opinion       _N/A_____
   the expert will present, and the basis for it.  Due date:

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed so close
   to this deadline that the recipient would not be required under the
   Federal Rules of Civil Procedure to respond until after the deadline.   January 29, 2027_____

5. DISPOSITIVE and NON-DISPOSITIVE MOTIONS (except
   Motions in limine) will be filed by:                              _Feb. 15, 2027_

6. JOINT PRETRIAL ORDER will be filed by:
   Plaintiff is responsible for timely filing the complete
   Joint Pretrial Order to include Voir Dire and Jury Issues.

   *April 1, 2027*

7. DOCKET CALL is set for:
   The Court will set this date. No instrument filed within 7 days
   before the Docket Call will be considered at Docket Call.

   *May 7, 2027*
   at 4:00 p.m.

Date: _5/29/26_

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2