United States District Court
Southern District of Texas
**ENTERED**
September 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIT HUSSAINBHAI SOMANI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-682 |
| | § | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; and TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES | § § § § § § § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order separately signed this day, it is

ORDERED that Plaintiff Amit Hussainbhai Somani's claims against Defendants the United States Department of Homeland Security, Secretary of Homeland Security Markwayne Mullin, and Attorney General Todd Blanche are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 24TH day of September, 2026.

Ewing Werlein, Jr.
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE